## Donald CARR, Petitioner–Appellant,

v.

## Adrienne POTEAT, Warden; Michael Gaines, United States Parole Commission Chairman, Respondents–Appellees.

### No. 01–6116.

United States Court of Appeals, Fourth Circuit.

Submitted May 18, 2001.

Decided Oct. 1, 2001.

Donald Carr, pro se.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Donald Carr appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Carr v. Poteat,* No. CA–00–2071–AM (E.D.Va. Dec. 20, 2000). We grant Carr's motion to amend his informal brief to correct a typographical error, and the corrected pages have been filed. We deny his motion for a preliminary injunction and his request for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*